**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**NICHOLAS HEBRARD**                                                                   **PLAINTIFF**
**#10543-20**

**v.**                               **Case No. 4:20-cv-001307-KGB**

**MALONE,** *et al.*                                                                  **DEFENDANTS**

**<u>ORDER</u>**

Plaintiff Nicholas Hebrard, an inmate at the Pulaski County Detention Center, filed a *pro se* complaint on November 2, 2020 (Dkt. No. 2). On February 1, 2021, the Court denied as incomplete Mr. Hebrard's application to proceed *in forma pauperis* (Dkt. Nos. 1, 3). The February 1, 2021, Order directed Mr. Hebrard either to: (1) pay the $402.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Wednesday, March 3, 2021 (Dkt. No. 3, at 1). Mr. Hebrard was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.") A copy of the Court's February 1, 2021, Order was mailed to Mr. Hebrard at his address of record along with an *in forma pauperis* application. The letter to Mr. Hebrard, however, was returned to the Court as undeliverable with the notation "No Longer Here" on the envelope (Dkt. No. 5). It appears Mr. Hebrard is no longer in custody at the Pulaski County Detention Center, but he failed to update his address with the Court.

As of the date of this Order, Mr. Hebrard has not complied with or otherwise responded to the Court's Order of February 1, 2021, and the time for doing so has passed. Accordingly, this

case is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 9th day of December, 2022.

_____
Kristine G. Baker
United States District Judge